IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. COMFORT FRIDDLE<br>and STEPHANIE KENNEDY,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR, BEAN & WHITAKER<br>MORTGAGE CORPORATION;<br>HOME AMERICA MORTGAGE, INC.;<br>GREGORY HICKS; DENNIS MOSELEY;<br>CARL WRIGHT; AND JOHN DOE,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:06-CV-3023-JEC<br><br>FILED *EX PARTE*<br>AND UNDER SEAL |

## ORDER

The United States having intervened in this action, in part, and declined to intervene, in part, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4),

IT IS HEREBY ORDERED that:

1. The Complaint filed by relators Comfort Friddle and Stephanie Kennedy ("Relators"), the Government's Notice of Election, and this Order only be unsealed;

2. The Government shall serve its Notice of Election and this Order, as well as its Complaint in intervention, upon Defendants Taylor Bean Whitaker Mortgage Corporation and Home America Mortgage, Inc., within one hundred twenty (120) days of

this Order;

3. Relators shall serve their Complaint, together with copies of the Government's Notice of Election and this Order, upon Defendants Gregory Hicks, Dennis Moseley, and Carl Wright within one hundred twenty (120) days of this Order;

4. All other papers or Orders on file in this matter shall remain under seal except insofar as the Court has partially lifted the seal upon those papers or Orders by any Order previously entered in this case;

5. The seal be lifted on all other matters occurring in this action on or after the date of this Order;

6. As to the part of the action in which the United States has declined to intervene, Relators and Defendants shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. §3730(c)(3), by mailing true copies thereof to:

>  Daniel A. Caldwell
>  Assistant United States Attorney
>  Northern District of Georgia
>  600 Richard B. Russell Federal Building
>  75 Spring Street, S.W., Suite 600
>  Atlanta, GA 30303; and
>
>  Rebecca A. Ford
>  U.S. Department of Justice
>  Civil Division
>  Commercial Litigation Branch - Frauds Section
>  P.O. Box 261, Ben Franklin Station
>  Washington, D.C. 20044

7. The United States may order any deposition transcripts and is entitled to intervene in that part of the action to which it has declined to intervene, for good cause, at any time;

8. All Orders of this Court shall be sent to the United States; and that

9. Should relators or defendants propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this 17 day of September, 2010.

JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DANIEL A. CALDWELL
Assistant United States Attorney
Georgia Bar No. 102510