IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* COMFORT FRIDDLE and STEPHANIE KENNEDY,       Plaintiffs,   v.   TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION; HOME AMERICA MORTGAGE, INC.; GREGORY HICKS; DENNIS MOSELEY; CARL WRIGHT; AND JOHN DOE,       Defendants. | CIVIL ACTION NO.   1:06-CV-3023-JEC |

**NOTICE BY PLAINTIFF UNITED STATES OF AMERICA OF ADOPTION OF AVERMENTS OF FACT AND CLAIMS FOR RELIEF IN RELATORS' COMPLAINT AGAINST DEFENDANTS TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION AND HOME AMERICA MORTGAGE, INC., AS COMPLAINT OF THE GOVERNMENT IN THIS CASE**

Relators Comfort Friddle and Stephanie Kennedy ("Relators"), commenced this action under seal, for themselves and the United States of America, pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733 ("FCA"), naming as Defendants in their Complaint Taylor, Bean & Whitaker Mortgage Corporation ("TBW"); Home America Mortgage, Inc. ("HAM"), Gregory Hicks ("Hicks"), Dennis Moseley ("Moseley"), Carl Wright ("Wright") and John Doe (collectively, "Defendants"). [Doc. 1].  Count I of

1

Relators' Complaint seeks an award of treble damages and imposition of civil money penalties against Defendants for violations of section 3729 of the FCA, 31 U.S.C. § 3729.  Counts II, III, and IV of Relators' Complaint seek an award of damages against Defendants: on behalf of Relators Friddle and Kennedy in their individual capacities for Defendants having retaliated against Relators Friddle and Kennedy in violation of the whistleblower provisions of the FCA set forth under 31 U.S.C. § 3730(h); and on behalf of Relator Kennedy in her individual capacity for Defendants having beached the terms of Relator Kennedy's contract of employment.

On September 14, 2010, the United States filed its Notice of Election with the Court, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4)(a), that the Government: (1) elected to intervene and proceed with this action Defendants Taylor Bean Whitaker Mortgage Corporation and Home America Mortgage, Inc., only for having engaged in actions in violations of 31 U.S.C. § 3729; and (2) declined to intervene at the time against Defendants Gregory Hicks ("Hicks"), Dennis Moseley ("Moseley"), Carl Wright ("Wright") and the John Doe Defendant named in Relators' Complaint. [Doc. 49]. Thereafter, by Order entered September 17, 2010, the Court ordered that the Government shall serve its Notice of Election and this Order, as well as its Complaint in intervention, upon Defendants Taylor Bean Whitaker Mortgage Corporation and Home

America Mortgage, Inc., within one hundred twenty (120) days of that Order. [Doc. 50].

The Government hereby provides notice that the Government shall adopt as the Complaint of the Government in this civil action: the averments of facts against Defendants Taylor Bean Whitaker Mortgage Corporation and Home America Mortgage, Inc., in the Complaint previously filed by Relators; and shall adopt and seek the claims for relief against Defendants Taylor Bean Whitaker Mortgage Corporation and Home America Mortgage, Inc., as set forth in Count I of Relators' Complaint, for an award of treble damages and assessment of civil money penalties for those two (2) Defendants having engaged in conduct in violation of section 3729 of the False Claims Act, 31 U.S.C. §3729.  A copy of Relators' Complaint shall be served upon Defendants Taylor Bean Whitaker Mortgage Corporation and the Home America Mortgage, Inc., as the Complaint of the United States of America in this civil action.

```
                         Respectfully submitted,

                         SALLY QUILLIAN YATES
                         United States Attorney
                         Northern District of Georgia

                         /s/ Daniel A. Caldwell
                         DANIEL A. CALDWELL
                         Assistant U.S. Attorney
                         Northern District of Georgia
                         Georgia Bar No. 102510
                         600 Richard B. Russell Federal Bldg.
                         75 Spring Street, S.W.
                         Atlanta, Georgia 30303

                         Telephone: (404) 581-6224
                         Facsimile: (404) 581-6181
                         E-mail: dan.caldwell@usdoj.gov

                         Attorneys for the United States
                         of America
```

<u>CERTIFICATE OF COMPLIANCE</u>

The undersigned attorney hereby certifies, pursuant to LR 7.1.D, NDGa., that the foregoing Notice was prepared in Courier New 12 point font.

```
                         /s/ Daniel A. Caldwell
                         DANIEL A. CALDWELL
                         ASSISTANT U.S. ATTORNEY
```

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Motion to Vacate, Set Aside, or Correct Sentence the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

 Mike Bothwell, Esq.
 Julie K. Bracker, Esq.
 Bothwell Bracker & Vann
 304 Macy Drive
 Roswell GA 30076

This 13th day of January, 2011

          /s/ Daniel A. Caldwell
          DANIEL A. CALDWELL
          ASSISTANT UNITED STATES ATTORNEY